IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD FORESTER,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL J. ASTRUE,** | : | NO. 11-4345 |
| **COMMISSIONER OF THE SOCIAL** | : | |
| **SECURITY ADMINISTRATION,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 26th day of June, 2012, upon consideration of the Plaintiff's Brief Statement of Issues in Support of his Request for Review (Doc. No. 9), Defendant's Response to the Request for Review (Doc. No. 10), and Plaintiff's Reply thereto (Doc. No. 12), and after careful review of the Report and Recommendation of United States Magistrate Henry S. Perkin (Doc. No. 13), to which no objections were filed pursuant to Local Rule of Civil Procedure 72.1.IV.a, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The final decision of the Commissioner of Social Security is **AFFIRMED**

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge